Robert Jackson Herrington, Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Dagoberto Rodriguez–Garcia raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

UNITED STATES of America, Plaintiff–Appellee,

v.

Francisco ROMUALDO PUENTE–CAMPOS, also known as Jorge Isabel Martinez–Villanueva, also known as Frank Rodriguez–Campos, Defendant–Appellant.

No. 04–11090.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 20, 2005.

Denise B. Williams, U.S. Attorney'S Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Assistant Federal Public Defender, Federal Public Defender'S Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Francisco Romualdo Puente–Campos raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Victor RIOS–CASTILLO, also known as Ivan Castillo, Defendant–Appellant.

No. 04–11202.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 20, 2005.

Denise B. Williams, Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Assistant Federal Public Defender, Lubbock, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Victor Rios–Castillo raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Tony IRVINE, Plaintiff–Appellant,

v.

Joe FERNALD; et al., Defendants,

Bruce Toney; NFN Williams, Defendants–Appellees.

No. 04–11225.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 20, 2005.

Tony Irvine, Huntsville, TX, pro se.

Before JONES, SMITH, and PRADO, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.